# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3724

_____

JORDAN GADSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

January 16, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jordan Gadson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.